UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL MICHAEL SEDORE,

        Defendant.
_____/

Case No. 1:10:CR:169

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 29, 2010, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Paul Michael Sedore's plea of guilty to Count 1 of the Felony Information is accepted. Defendant Paul Michael Sedore is adjudicated guilty.

3. Defendant Paul Michael Sedore shall be detained pending sentencing.


Dated: July 21, 2010                                            /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE